**Motion to Stay Granted and Order filed July 29, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00603-CV
_____

## IN RE CHRISTOPHER SPATES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-61475**

---

## ORDER

On July 28, 2014, relator Christopher Spates filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator seeks relief from an order issued by the Honorable Bonnie Crane Hellums, presiding judge of the 247th District Court of Harris

County, in which the trial court found relator in contempt and ordered him committed to the Harris County Jail.

Relator also has filed with this court a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10. On July 28, 2014, relator asked this court to stay the commitment hearing in the underlying proceedings and also to stay any commitment of relator pending disposition by this court of relator's petition for writ of habeas corpus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the commitment hearing scheduled for July 29, 2014 in trial court cause number 2001-61475, styled *In re C.Y.S., A Child*, and any commitment of relator pursuant or related to the trial court's order dated July 25, 2014 in the underlying proceedings **STAYED** until a final decision by this court on relator's petition for writ of habeas corpus, or until further order of this court.

In addition, the court requests the real party in interest, the Office of the Attorney General of Texas, to file a response to the petition for writ of habeas corpus on or before **August 11, 2014**. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.